UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>  Plaintiff,<br><br>  v.<br><br>ALI BENJAMIN, et al.,<br><br>  Defendants. | Case No. 22-cv-04144-SI<br><br>**ORDER TO LOCATE PRO BONO COUNSEL; STAYING PROCEEDINGS** |

The Defendants having requested and being in need of counsel to assist them in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Defendants shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward this order to the Project office. The scope of this referral shall be for:

    ☐ all purposes for the duration of the case

    ☒ the limited purpose of representing the litigant in the course of

     ☐ mediation

     ☐ early neutral evaluation

     ☒ settlement conference

     ☐ briefing ☐ and hearing on the following motion (e.g., motion for summary judgment or motion to dismiss): _____
     _____

     ☐ discovery as follows: _____
     _____

     ☒ other: Finalizing pleadings, including filing an answer, through and including settlement conference_____
     _____

2. Upon being notified by the Project that an attorney has been located to represent the defendants, that attorney shall be appointed as counsel for Defendants in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigants once those purposes have been fulfilled.

3. All proceedings in this action are hereby stayed until four weeks from the date an attorney is appointed to represent Defendants in this action.

**IT IS SO ORDERED**.

Dated: November 1, 2022

_____

SUSAN ILLSTON
United States District Judge