UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

G & G CLOSED CIRCUIT EVENTS, LLC,

    Plaintiffs,

v.

ALI BENJAMIN, et al.,

    Defendants.

Case No. 22-cv-04144-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DEADLINE FOR AMENDMENT OF THE PLEADINGS:  1/30/2023

FURTHER CASE MANAGEMENT: 4/14/2023 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

ADR:  Random Magistrate Settlement Conference:  Sometime between 5/22/2023 – 6/2/2023.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 7/3/2023.

DESIGNATION OF EXPERTS: 7/7/2023; REBUTTAL: 7/28/2023;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 8/18/2023.

DISPOSITIVE MOTIONS **SHALL** be filed by; 9/1/2023;
    Opp. Due: 9/15/2023; Reply Due: 9/22/2023;
    and set for hearing no later than 10/6/2023 at 10:00 AM.

PRETRIAL PAPERWORK:  10/17/2023
PRETRIAL CONFERENCE DATE: 11/2/2023 at 3:30 PM.

JURY TRIAL DATE: 11/13/2023 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 2 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: January 17, 2023

SUSAN ILLSTON
United States District Judge