UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC, <br><br>Plaintiffs, <br><br>v. <br><br>ALI BENJAMIN, et al., <br><br>Defendants. | Case No. 22-cv-04144-SI  (SI) <br><br>**ORDER TO SHOW CAUSE** |

On April 14, 2023, a case management conference was held in this case. Dkt. No. 61. Attorneys for the defendants appeared at the conference; however, no counsel appeared to represent plaintiff. The Court was unable to locate Thomas P. Riley, the attorney of record for plaintiffs.

Plaintiff is **ORDERED TO SHOW CAUSE** why plaintiff failed to appear at the case management conference. Counsel for plaintiff must file a response, including a declaration explaining the reason for the failure to appear, **no later than Friday, April 21, 2023.**

**IT IS SO ORDERED**.

Dated: April 14, 2023

SUSAN ILLSTON
United States District Judge