UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G & G CLOSED CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>ALI BENJAMIN, et al.,<br><br>Defendants. | Case No. 22-cv-04144-SI<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

On April 14, 2023, a case management conference was held in this case. Dkt. No. 64. Attorneys for the defendants appeared at the conference; however, no counsel appeared to represent plaintiff. *Id.* This Court issued an order to show cause why counsel did not appear. Dkt. No. 65. On April 20, 2023, plaintiff's counsel responded with a declaration explaining that he had inadvertently logged onto the wrong Zoom Conference and, seeing that the meeting for that conference had not started, assumed the Court was running late. Dkt. No. 69-1. The Court accepts counsel's explanation and will not issue sanctions.

The case management conference is hereby **RESCHEDULED** for **Thursday, May 4, 2023, at 12:00 p.m.** via Zoom. The Zoom Conference login information is as follows:

Webinar ID: 161 210 8939

Password: 539983

**IT IS SO ORDERED**.

Dated: April 25, 2023

_____
SUSAN ILLSTON
United States District Judge